United States District Court
Southern District of Texas

**ENTERED**

April 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| JORGEINE MARIU ZAMBRANO-HERNANDEZ, | § § § | |
| Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00642 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY (DHS), *et al.*, | § § § § | |
| Respondents. | § § § | |

## ORDER

Pending before the Court is *pro se* Jorgeine Mariu Zambrano-Hernandez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Petitioner is **ORDERED** to submit an advisory to the Court by **April 17, 2026**, telling the Court whether Petitioner received any outside assistance in preparing the petition; if Petitioner did receive assistance, he is directed to tell the Court of the identity of the individuals who provided assistance and their relationship to Petitioner.

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on Petitioner no later than **April 17, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents' Response on or before **April 24, 2026**.

1 / 3

The Clerk of Court is **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail to the below addresses:

**U.S. Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

**U.S. Department of Homeland Security**
**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

**U.S. Immigration and Customs Enforcement**
**500 12th St., SW**
**Washington, D.C. 20536**

**Warden of the Laredo Processing Center**
**4702 East Saunders St**
**Laredo, TX 78041**

The Clerk is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

**Jorgeine Mariu Zambrano-Hernandez**
**A # 246-655-215**
**Laredo Processing Center**
**4702 East Saunders**
**Laredo, TX 78041**

Finally, the Clerk of Court is **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Additionally, it is further ordered that Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

2 / 3

SIGNED this April 13, 2026.

_____
Diana Saldaña
United States District Judge